


# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

AUG 17 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

1. ANTHONY P. KEYTER         )
              Vs             )   Case No. C 09-962
   THE BOEING COMPANY        )
                             )
2. ANTHONY P. KEYTER         )
              Vs             )   Case No. C 09-897
   THE FORD MOTOR COMPANY )
                             )
3. ANTHONY P. KEYTER         )
              Vs             )   Case No. C 09-825
   AIR INDIA                 )

## NOTICE OF APPEAL

Notice is hereby given that Anthony P. Keyter, Plaintiff (Pro Se) in the above named cases, hereby appeals directly to the United States Supreme Court, (on application for Chief Justice Roberts), from the Order dismissing the three above titled cases; denying all relief to Plaintiff; prohibiting Plaintiff from filing additional filings in these cases; and maliciously threatening Plaintiff with monetary sanctions or other sanctions; entered in these actions on the 3rd day of August, 2009. The Appeal is taken under 28USC1631 and Rule 18 of the Supreme Court Rules.

Dated: August 15, 2005

*[signature]*

Anthony Keyter (Pro Se)
6200 Soundview Drive, R201
Gig Harbor, WA. 98335
Tel: (253) 853 3859



09-CV-00962-APP